The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically at the time and date indicated, which may be materially different from its entry on the record.



Entered pursuant to Administrative Order No. 16-02, Teresa D. Underwood, Clerk of Court

By: /s/ Anita Pribula
Deputy Clerk

Dated: 03:56 PM April 19, 2019

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# CANTON DIVISION

| | |
|---|---|
| In Re: | Case No. 19-60178-rk |
| Timothy C. Hawk, Jr.<br>Rachel D. Hawk | Chapter 7 |
| Debtors | Judge Russ Kendig |

**ORDER GRANTING AMENDED MOTION OF HONDA LEASE TRUST FOR RELIEF FROM STAY (Doc. 18 )**

**2016 HONDA ODYSSEY**
**VIN: 5FNRL5H3XGB078730**

This matter came before the Court on the Amended Motion for Relief from Stay (the "Motion") filed by Honda Lease Trust ("Movant") at Docket No. 18 . Movant has alleged that good cause for granting the Motion exists, and that the Debtors, counsel for the Debtors, the Chapter 7 Trustee and all other necessary parties were served with the Motion and with notice of the hearing date of the Motion. No party filed a response or otherwise appeared in opposition to the Motion, or all responses have been withdrawn. For these reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE ORDERED that the Amended Motion is granted. The automatic stay imposed by §362 of the Bankruptcy Code is terminated with respect to Movant, its successors and assigns.

###

SUBMITTED BY:

/s/ Jon J. Lieberman
Jon J. Lieberman (0058394)
Sottile & Barile, Attorneys at Law
P.O. Box 476
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Movant

COPIES TO:

    Pauline R. Aydin Shuler, Debtor's Attorney
    paydinlegal@hotmail.com

    Anthony J. DeGirolamo, Trustee - Canton
    ajdlaw@sbcglobal.net

    Office of the U.S. Trustee
    (registeredaddress)@usdoj.gov

    Jon J. Lieberman
    bankruptcy@sottileandbarile.com

And by regular U.S. Mail, postage pre-paid on:

    Timothy C. Hawk, Jr., Debtor
    1724 E. Broad Street
    Louisville, OH 44641

    Rachel D. Hawk, Debtor
    1724 E. Broad Street
    Louisville, OH 44641